UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21999-CIV-SEITZ/O'SULLIVAN

YANKIEL BANOSMORENO,
    Plaintiff,

v.

WALGREEN CO.,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant, Walgreen Co.'s Renewed Motion for Attorney's Fees and Costs (DE # 89, 12/18/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to the Defendant, Walgreen Co.'s Renewed Motion for Attorney's Fees and Costs (DE # 89, 12/18/08) on or before January 30, 2009.  The failure to file a response may result in a recommendation that the Defendant, Walgreen Co.'s Renewed Motion for Attorney's Fees and Costs (DE # 89, 12/18/08) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 16th day of January, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All counsel of record